# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Tyler

Cr.: 03-CR-603

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler

Date of Original Sentence: 8/2/2004

Original Offense: Possession and Affecting Commerce of a Firearm, in violation of Title 18: U.S.C.§ 922(g)(1) & 2

Original Sentence: 46 months imprisonment, followed by 3 years supervised release with special conditions for drug testing and treatment, financial disclosure and to pay a $2,000 fine and $100 Special Assessment

Date of 1st Violation Sentence: 7/22/2009

Violation Offense: Failure to Notify USPO of a Change of Address, Failure to Appear for Drug Testing, Failure to Submit Monthly Supervision Reports

Violation Sentence: Time Served (one month) followed by 2 years supervised release, with special conditions to obtain and maintain employment, and all other conditions as originally ordered on 8/2/2004.

Date of 2nd Violation Sentence: 3/30/2010

Violation Offense: Failure to Comply with Halfway House Regulations, Failure to Maintain Employment, Positive Urine Tests.

Violation Sentence: 2 years supervised release term of 7/22/09 continued and another 3 month halfway house term ordered as a condition. All other special conditions from 8/2/2004, and 7/22/09 remain.

Date of 3rd Violation Sentence: 09/07/2010

Violation Offense: Failure to Report

Violation Sentence: Time Served (one day) followed by 3 years supervised release with the supervision term to be non-reporting or low intensity, and report any change of address to the U.S. Probation Office in the District of New Jersey

Type of Supervision: Supervised Release

Assistant U.S. Attorney: Nelson Thayer

Date Supervision Commenced: 11/14/06

Defense Attorney: Brian Reilly, AFPD

## PETITIONING THE COURT

[X] To issue a warrant

[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On December 13, 2012, Mr. Tyler was arrested by New Jersey Transit Police and charged in Bordentown with theft of services and hindering apprehension. |
| 2 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On December 17, 2012, Mr. Tyler was arrested by Trenton Police and charged with simple assault. |
| 3 | The offender has violated the mandatory supervision condition which states '**As a condition of supervision, you are instructed to pay a fine in the amount of $2,000.**'

Tyler has failed to make fine payments and has an outstanding fine balance of $1,827.89. |
| 4 | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

On December 13, 2012, when Tyler was arrested by New Jersey Transit Police he reported a home address of 620 West State Street, Apartment 5C, Trenton, New Jersey.

On December 17, 2012, Tyler reported to Trenton Police his home address is 737 Stuyvesant Avenue, Trenton, New Jersey.

Tyler reported to the Probation Office that his home address is 3114 West Montgomery Avenue, Third Floor, Philadelphia, Pennsylvania. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Karen L. Merrigan
U.S. Probation Officer
Date: 12/18/12

THE COURT ORDERS:

[ ✗ ] The Issuance of a Warrant
[  ] The Issuance of a Summons. Date of Hearing: _____.
[  ] No Action
[  ] Other

Signature of Judicial Officer

12/26/12
Date